E-FILED
Friday, 19 November, 2004  04:55:20 PM
Clerk, U.S. District Court, ILCD

November 17, 2004

I wish to be excluded from the Class.
Tricia Hofman
8 Queensway Dr.
Sherman, IL 62684
Lawsuit/Goldsby et al. v. H& 1 Fitness, Ltd. D/b/a FitClub,
and Illinois Corporation, Case No. 02-3039-CV.

*Tricia Hofman*

cc   Class Counsel
     X Clerk of the Court

FILED
NOV 1 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS